**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.: 19-cv-02177-NYW

OLIVER BIEWALD, an individual,

        PLAINTIFF,

v.

SEP SOFTWARE CORPORATION SYSTEMS, INC., d/b/a SEP SOFTWARE CORPORATION, a Delaware for-profit corporation; SEP AG, a German for-profit corporation; and TIMOTHY ALAN WAGNER, an individual,

        DEFENDANTS.

---

**MOTION FOR ORDER APPOINTING AN INTERNATIONAL PROCESS SERVER**

---

Plaintiff, OLIVER BIEWALD ("Plaintiff" or "Mr. Biewald"), by and through undersigned counsel at the law offices of Bryan E. Kuhn, Counselor at Law, P.C., respectfully requests this Court issue an Order appointing an international process server, stating as follows:

**CERTIFICATION PURSUANT TO D.C.COLO.L.CivR 7.1**

Plaintiff's counsel was unable to confer with counsel for Defendant(s) regarding this matter as no attorney has yet entered in the case, filed an answer or a motion to dismiss. Plaintiff's counsel contacted the unrepresented domestic Defendants via email about the subject of this motion on October 23, 2019. As of the date and time of filing the instant motion, the domestic Defendants have not responded.

    1.    Plaintiff filed his lawsuit on July 31, 2019.

2. The deadline for service is ninety (90) days thereafter, on October 29, 2019.

3. Plaintiff served the domestic Defendants, SEP Software Corporation Systems, Inc. ("Defendant SEP Corp.") and Timothy Alan Wagner ("Defendant Wagner") on October 7, 2019.

4. On October 23, 2019, Plaintiff filed a Motion for Extension of Time to Serve Defendant SEP AG, requesting until February 26, 2020 to serve the entity in Germany.

5. Defendant SEP AG, a German for-profit corporation, does not have a registered agent for service of process in the United States and therefore, needs to be served pursuant to the applicable provisions of the Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or commercial matters developed at the Tenth Session of the Hague Conference on Private International Law in October, 1964 ("Hague Convention").

6. By this Motion, Plaintiff seeks an Order necessary under the Hague Convention to effect service on Defendant SEP AG.

7. Pursuant to the German Courts' interpretation of the Hague Convention, Germany requires an Order from this Court appointing an individual other than the Court itself as international process server to issue a request for service and forward the documents to be served to the appropriate Central Authority in Germany, for service on Defendant SEP AG.

8. Plaintiff has engaged an international process server, Celeste Ingalls of Crowe Foreign Services, who specializes in serving process under the Hague Convention. According to Ms. Ingalls, Germany requires such an Order before effectuating service on a German company in Germany.

9.	A Proposed Order is filed herewith. The requested Order appoints Crowe Foreign Services as the international process server authorized to issue a request for service and forward said request with the documents to be served to Germany under the established protocol of the Hague Convention.

WHEREFORE Plaintiff respectfully requests the entry of an Order appointing Crowe Foreign Services as the international process server so that service may be effectuated on SEP AG in Germany.

Respectfully submitted this 24th day of October, 2019.

BRYAN E. KUHN, COUNSELOR AT LAW, P.C.

*Original pleading bearing original signature maintained in the offices of Bryan E. Kuhn, Counselor at Law, P.C.*

s/ *Kate W. Beckman*
Kate W. Beckman, Esq. #42416
1660 Lincoln Street, Suite 2330
Denver, Colorado 80264
(p) (303) 424-4286 (f) (303) 425-4013
Kate.Beckman@beklegal.com

# CERTIFICATE OF SERVICE

I hereby certify that on October 24, 2019, a true and accurate copy of the foregoing **MOTION FOR ORDER APPOINTING AN INTERNATIONAL PROCESS SERVER** was filed via CM/ECF Filer, and served upon Defendants via email, addressed as follows:

SEP Software Corporation Systems, Inc.
1630 30th Street, Ste. A #265
Boulder, Colorado 80301
tw@sepusa.com

Timothy Alan Wagner
94 Benthaven Place
Boulder, Colorado 80305
tw@sepusa.com
timwag4@msn.com

Email copy to Plaintiff

                                              BRYAN E. KUHN, COUNSELOR AT LAW, P.C.

*Original pleading bearing original signature maintained in the offices of Bryan E. Kuhn, Counselor at Law, P.C.*

/s/ *Kate W. Beckman*_____
Kate W. Beckman, Esq. #42416
1660 Lincoln Street, Suite 2330
Denver, Colorado 80264
(p) (303) 424-4286 (f) (303) 425-4013
Kate.Beckman@beklegal.com
ATTORNEYS FOR PLAINTIFF