# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 19-cv-02177-NYW

OLIVER BIEWALD, an individual,

        PLAINTIFF,

v.

SEP SOFTWARE CORPORATION SYSTEMS, INC., d/b/a SEP SOFTWARE CORPORATION, a Delaware for-profit corporation; SEP AG, a German for-profit corporation; and TIMOTHY ALAN WAGNER, an individual,

        DEFENDANTS.

## MOTION TO WITHDRAW
## AS COUNSEL OF RECORD FOR PLAINTIFF

Kate W. Beckman of Bryan E. Kuhn, Counselor at Law, P.C., hereby respectfully moves the Court to grant her leave to withdraw as counsel of record for the Plaintiff, Oliver Biewald, pursuant to D.C. COLO.LAttyR 5(b), and in support thereof, states the following:

1. Pursuant to D.C.COLO.LCivR 7.1(b)(4) this motion does not require conferral.

2. Ms. Beckman is no longer associated with the law firm of Bryan E. Kuhn, Counselor at Law, P.C.

3. Plaintiff will continue to be represented in this matter by Bryan E. Kuhn, counsel of record for Plaintiff.

4.      Undersigned counsel requests that all Notices of Electronic Filing issued in this matter be terminated with respect to counsel. Bryan E. Kuhn, Esq., will continue to receive notice of all documents filed in this case from the Court or from the opposing counsel or parties.

5. Pursuant to D.C.COLO.L.AttyR 5(b), a certificate of service is attached hereto evidencing service of this Motion on all counsel of record, any unrepresented party, and Plaintiff.

Wherefore, the undersigned respectfully requests that the Court grant Kate W. Beckman, Esq. leave to withdraw as counsel for Plaintiff in the instant action.

Respectfully submitted this 27th day of January, 2020.

           BRYAN E. KUHN, COUNSELOR AT LAW, P.C.

*Original pleading bearing original signature maintained in the offices of Bryan E. Kuhn, Counselor at Law, P.C.*

s/ *Kate W. Beckman*
Kate W. Beckman, Esq. #42416
1660 Lincoln St., Ste. 2330
Denver, Colorado 80264
Telephone: (303) 424-4286
Fax Number: (303) 425-4013
Kate.Beckman@beklegal.com
ATTORNEYS FOR PLAINTIFF

# CERTIFICATE OF SERVICE

    I hereby certify that on January 27, 2020, a true and accurate copy of the foregoing **MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFF** was filed via CM/ECF Filer, and served upon counsel for Defendant(s) via email, addressed as follows:

Dale Parrish, Esq.
James W. Noland, Esq.
Edward Dale Parrish PC
3000 Youngfield Street, Suite 364
dale@parrishlaw.co
ATTORNEY FOR DEFENDANT WAGNER

With a copy via email to: Oliver Biewald

                                                BRYAN E. KUHN, COUNSELOR AT LAW, P.C.

*Original pleading bearing original signature maintained in the offices of Bryan E. Kuhn, Counselor at Law, P.C.*

/s/ *Kate W. Beckman*
Kate W. Beckman, Esq. #42416
1660 Lincoln Street, Suite 2330
Denver, Colorado 80264
(p) (303) 424-4286 (f) (303) 425-4013
Kate.Beckman@beklegal.com
ATTORNEYS FOR PLAINTIFF